Motion GRANTED. Sentencing RESET to 2/20/13 at 9:00 a.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case 3:11-cr-00082-9 |
| | ) | |
| v. | ) | |
| | ) | NO. 3:11-00082-13 |
| | ) | 3:11-00236 |
| KEJUANA LATRESE MCCUTCHEON | ) | JUDGE TRAUGER |

## MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through Assistant United States Attorney Sunny A.M. Koshy, and moves the Court to continue the defendant's sentencing hearing scheduled for November 28, 2012, since the defendant's cooperation is not yet complete.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

 /s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870